1  Edward J. Hermes (#030529)
   SNELL & WILMER L.L.P.
2  One East Washington Street
   Suite 2700
3  Phoenix, Arizona  85004-2556
   Telephone:  602.382.6000
4  Facsimile:  602.382.6070
   E-Mail: ehermes@swlaw.com
5  Attorneys for *Defendant Voyage Medical Services, PLLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Voyage Medical Services, PLLC, | No. |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Biomea Fusion, Inc., | |
| Defendant. | |

This Corporate Disclosure Statement is filed on behalf of Voyage Medical Services, PLLC in compliance with the provisions of:

 X  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement

4867-6980-2425

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

__√__ No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.) _____ Relationship _____.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.) _____ Relationship _____

_____ Other(please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 26th day of April, 2024.

                SNELL & WILMER L.L.P.

                By: *s/ Edward J. Hermes*
                    Edward J. Hermes
                    One East Washington Street
                    Suite 2700
                    Phoenix, Arizona  85004-2556
                    Attorneys for *Defendant Voyage Medical Services, PLLC*

4867-6980-2425